KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
E-mail: kps@fdlawlv.com
FLANGAS LAW GROUP
3275 S. Jones Blvd., Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
*Attorneys for Defendant*
*Ignite International, Ltd.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TYLER BAKER, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IGNITE INTERNATIONAL, LTD.,<br><br>Defendant. | CASE NO.: 2:20-CV-001172-JCM-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT IGNITE INTERNATIONAL, LTD. TO RESPOND TO COMPLAINT (SECOND REQUEST)** |

Plaintiff Tyler Baker ("Baker") and Defendant Ignite International, Ltd. ("Ignite") respectfully submit this Stipulation Extending Time for Ignite to Respond to the Complaint pursuant to Federal Rule of Civil Procedure 12(a).

## **STIPULATION**

WHEREAS, on June 23, 2020, Baker filed his Complaint in this matter;

WHEREAS, on June 26, 2020, Baker served its Complaint on Ignite, making July 17, 2020 Ignite's original deadline to respond to the Complaint;

WHEREAS, Ignite had previously requested an extension of time to respond to the Complaint and Baker agreed to such extension, and the last day for Ignite to respond to the Complaint was extended to and included July 31, 2020 pursuant to Order of this Court (ECF No. 6);

WHEREAS, Ignite has requested a further extension of time to respond to the Complaint and Baker has agreed to such extension;

WHEREAS, Baker and Ignite therefore agree that the last day for Ignite to respond

-1-

to the Complaint is extended to and including August 24, 2020; and

WHEREAS, this Stipulation will not alter any other date or any event or any deadline already fixed by Court order.

**ACCORDINGLY, IT IS HEREBY STIPULATED AS FOLLOWS:**

Defendant Ignite International, Ltd. has until August 24, 2020 to respond to the Complaint.

The Parties agree that by entering into this Stipulation, no Party waives any right or remedy.

**IT IS SO STIPULATED.**

Dated this 31st day of July, 2020    KAZEROUNI LAW GROUP, APC

*/s/Gustavo Ponce, Esq.*
Gustavo Ponce, Esq.
Nevada Bar No. 15084
6069 South Fort Apache Rd., Suite 100
Las Vegas, Nevada 89148

*Attorneys for Plaintiff TYLER BAKER and the Putative Class*

Dated this 31st day of July, 2020    **FLANGAS LAW GROUP**

*/s/ Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
*Attorneys for Defendant Ignite International, Ltd.*

## ORDER

In Order to move this case along, the Court hereby GRANTS the proposed stipulation.

The Court expects the parties to fully comply with the local rules, including LR IA 6-1, LR IA 6-2, and LR 7-1.

**IT IS SO ORDERED.**

DATED this 3rd day of August, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge