Gustavo Ponce, Esq.
Nevada Bar No. 15084
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
gustavo@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Tyler Baker, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Ignite International, LTD.,<br><br>Defendant. | Case No. 2:20-cv-01172-JCM-DJA<br><br>**STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Plaintiff Tyler Baker and Defendant Ignite International, LTD. ("the Parties") hereby moves to dismiss the above entitled action without prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii), each party shall bear his/its own costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

//

//

//

WHEREFORE, the Parties respectfully requests that this court dismiss this action without prejudice as to the named Plaintiff, and without prejudice as to the Putative Class.

**KAZEROUNI LAW GROUP, APC**

Date: September 1, 2020

By: *s/ Gustavo Ponce*
    Gustavo Ponce, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148
    *Attorneys for Plaintiff*

**FLANGAS LAW GROUP**

Date: September 1, 2020

By: *s/ Kimberly P. Stein*
    Kimberly P. Stein, Esq.
    3275 S. Jones Blvd., Ste. 105
    Las Vegas, NV 89146
    *Attorneys for Defendant*

IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE

Dated: September 4, 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 1, 2020, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148